Date of Arrest: 05/18

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Oscar MURILLO-Portales<br>AKA: None Known<br>094455037<br>YOB: 1977<br>Citizen of: El Salvador<br>Defendant | Magistrate Case No. 22-1784MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about May 18, 2022 Defendant Oscar MURILLO-Portales, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to El Salvador through the port of Alexandria, Louisiana, on or about March 18, 2022. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Louie Uhl*
*SAD for LCU*

Signature of Complainant: *Jared Lasley*
Anastasiya Katekhina
Border Patrol Agent

Sworn to before me and subscribed telephonically,

May 19, 2022    at    Yuma, Arizona
Date                        City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Oscar MURILLO-Portales
AKA: None Known
094455037

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about May 18, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of El Salvador and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Los Angeles, California on or about December 08, 2004. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about March 18, 2022, through the port of Alexandria, Louisiana, subsequent to a conviction in an United States District Court, Western District of Texas on or about April 28, 2021, for the crime of illegal re-entry into the United States, a felony.

Agents determined that on or about May 18, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Victor Pelayo, Donte Estes, Eric Quintero.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Michael Perkins.

_____
Signature of Complainant (Jared Lasley)

Sworn to me and subscribed telephonically,

_____May 19, 2022_____
Date

_____
Signature of Judicial Officer